# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| FREDRICK DEWAYNE HINES,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN QUIEN, Minnesota Department of Corrections, PAUL SCHNELL, NICOLE COOK, MICHELLE SMITH, B. GRANDY, L. WILLARD, B. BUNE, S. HARRINGTON, YOUNG, COOK, STEVE MCCARTY, B. BOSCH, SUE NORTON, W. BOLIN, W. WITTER, MARISA WILLIAMS, P. PAUL, S. WHEELER, IAN HEASLIP, K. RISH, BJORKLUND, STEVE ANDERSON, C. STANLEY, and WATRIN,<br><br>Defendants. | Civil No. 24-3914 (JRT/JFD)<br><br>**ORDER** |

Fredrick Dewayne Hines, OID # 245045, MCF - Moose Lake, 1000 Lakeshore Drive, Moose Lake, MN 55767, *pro se* plaintiff.

This matter is before the Court on the Report and Recommendation issued on December 2, 2024 (ECF No. 5).

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 5) is **ADOPTED**, and this case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

DATED: January 17, 2025
at Minneapolis, Minnesota.

                                                  s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                                United States District Judge